**Order filed November 29, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00603-CV
_____

**WILLIAM H. POFF AND JULIA A. POFF, Appellants**

**V.**

**CYPRESS FOUR PROPERTY VENTURES LLC, Appellee**

---

**On Appeal from the County Court**
**Waller County, Texas**
**Trial Court Cause No. C16-049**

---

## ORDER

This appeal is from a judgment signed May 23, 2016. Appellants filed a notice of appeal on May 31, 2016. On September 28, 2016, appellants filed a motion for enforcement of their affidavit of indigence filed in the trial court.

On October 12, 2016, the trial court filed a partial clerk's record which demonstrated appellants filed an affidavit of indigence and were found indigent after a hearing. On November 1, 2016, this court granted appellants' motion for

enforcement. Therefore, appellants are deemed indigent and may proceed without payment of costs on appeal.

Accordingly, the Waller County Clerk is directed to file the clerk's record **within 30 days** of the date of this order.


PER CURIAM